UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 21-00401 (KBJ) |
| UNITED STATES CAPITOL POLICE, | ) ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE**

Plaintiff Judicial Watch, Inc., by counsel and pursuant to Rule 4(l) of the Federal Rules of Civil Procedure, respectfully submits the attached Declaration of David Rothstein as proof that service of process has been effected on Defendant, the U.S Attorney General, and the U.S. Attorney for the District of Columbia in the above-captioned matter.

Dated:   March 26, 2021                                   Respectfully submitted,

*/s/ Michael Bekesha*
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Tel:     (202) 646-5172
Email: mbekesha@judicalwatch.org

*Counsel for Plaintiff*