UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-00401 (KBJ) |
| | ) |
| UNITED STATES CAPITOL POLICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## <u>DECLARATION OF DAVID ROTHSTEIN</u>

I, David Rothstein, declare as follows:

1.      My name is David Rothstein.   I am over eighteen years of age, of sound mind, and am fully competent to make this declaration.   I also have personal knowledge of the factual statements contained herein.

2.      I am employed with Judicial Watch, Inc. in Washington, DC.

3.      I effected service of process in this lawsuit filed by Judicial Watch, Inc. by hand delivery and Certified U.S. Mail.   The results of this service of process follow.

4.      Service of process was effected by me via hand delivery on the U.S. Attorney for the District of Columbia at 501 3rd Street NW, Washington, DC 20001, on March 26, 2021.

5.      According to the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet attached hereto (*See* Exhibit 1), service of process was effected on the U.S. Attorney General at 950 Pennsylvania Avenue NW, Washington, DC 20530, on March 1, 2021.

6.      According to the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet attached hereto (*See* Exhibit 2), service of process was effected on the United

States Capitol Police, 119 D Street, N.E., Washington, DC 20510, on February 26, 2021.

I declare under penalty of perjury that the foregoing is true and correct.   Executed on March 26, 2021 in Washington, DC.

*/s/ David Rothstein*

# EXHIBIT 1

**U.S. Postal Service**™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**O F F I C I A L   U S E**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7014 3490 0001 8882 3158

Sent To
US Attorney General

Street & Apt. No., or PO Box No.
950 Pennsylvania Ave. NW

City, State, ZIP+4
DC 20530

PS Form 3800, July 2014                    See Reverse for Instructions

 **70143490000188823158**

Add Name

**Delivered:**
WASHINGTON, DC 20530 on
March 1, 2021 at 5:00 am

---

**Additional Information**

Your item was delivered at 5:00 am on March 1, 2021 in WASHINGTON, DC 20530.

---

**Get Text and Email Updates**

---

**Tracking History**

**March 1, 2021**
**5:00 am**
Delivered,
WASHINGTON, DC 20530

---

**February 26, 2021**
**10:28 am**
Available for Pickup,
WASHINGTON, DC 20530

---

**February 26, 2021**
**6:44 am**
Arrived at Post Office,
WASHINGTON, DC 20018

---

**February 25, 2021**
In Transit to Next Facility,

---

**February 23, 2021**
**8:11 pm**
Departed USPS Regional Facility,
GAITHERSBURG MD DISTRIBUTION CENTER

---

**February 23, 2021**
**1:17 am**
Arrived at USPS Regional Facility,
GAITHERSBURG MD DISTRIBUTION CENTER

---

Feedback

Remove from Tracking

# EXHIBIT 2



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To   US Capitol Police

Street & Apt. No., or PO Box No.   119 D street NE

City, State, ZIP+4   DC 20510

PS Form 3800, July 2014          See Reverse for Instructions

7014 3490 0001 8882 3165

 **70143490000188823165**

Add Name

**Delivered:**
WASHINGTON, DC 20510 on
February 26, 2021 at 11:31 am

## Additional Information

Your item was delivered to an individual at the address at 11:31 am on February 26, 2021 in WASHINGTON, DC 20510.

**Get Text and Email Updates**

## Tracking History

**February 26, 2021**
**11:31 am**
Delivered, Left with Individual,
WASHINGTON, DC 20510

**February 26, 2021**
**10:33 am**
Available for Pickup,
WASHINGTON, DC 20510

**February 26, 2021**
**6:16 am**
Arrived at Post Office,
WASHINGTON, DC 20018

**February 25, 2021**
In Transit to Next Facility,

**February 23, 2021**
**8:11 pm**
Departed USPS Regional Facility,
GAITHERSBURG MD DISTRIBUTION CENTER

**February 23, 2021**
**1:17 am**
Arrived at USPS Regional Facility,
GAITHERSBURG MD DISTRIBUTION CENTER

Feedback

Remove from Tracking