# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CAPITOL POLICE, <br><br> Defendant. | Case No. 1:21-cv-00401-KBJ |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant United States Capitol Police hereby moves the Court to enter summary judgment in Defendant's favor pursuant to Rule 56 of the Federal Rules of Civil Procedure. Attached in support of this motion are a statement of material facts as to which there is no genuine dispute, a memorandum of points and authorities, and the Declaration of James W. Joyce. A proposed order is also attached.

Dated: August 6, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JOHN R. GRIFFITHS
Director
Federal Programs Branch

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

1

450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6646
Fax: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Counsel for Defendant*