UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES CAPITOL POLICE,<br><br>        Defendant. | Case No. 1:21-cv-00401-KBJ |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Rule 7(h)(1) of the Rules of the United States District Court for the District of Columbia, Defendant states the following material facts as to which there can be no genuine issue:

1. The U.S. Capitol Police (USCP) is a law enforcement agency and is part of the Legislative Branch. Joyce Decl. ¶ 2; Compl. ¶ 4, ECF No. 1.

2. By letter dated January 21, 2021, Plaintiff submitted to the USCP a request asserting a common law right of access to public records and seeking three categories of information. Joyce Decl. ¶ 3 & Ex. A.

3. By email dated February 11, 2021, the USCP responded to Plaintiff's request by declining to provide the requested information. The USCP's response noted that the requested categories of information were not "public records." Joyce Decl. ¶ 4 & Ex. B. .

4. The Capitol Police Board consists of the House Sergeant at Arms, the Senate Sergeant at Arms, and the Architect of the Capitol. Joyce Decl. ¶¶ 6, 11.

5. The Chief of the Capitol Police is an *ex officio*, non-voting member of the Capitol Police Board, and is not authorized to speak on behalf of the Board. Joyce Decl. ¶¶ 11, 12.

6. The USCP Executive Team consists of the Chief of the Capitol Police, the Assistant Chief of Police – Protective and Intelligence Operations, the Assistant Chief of Police – Uniformed Operations, the Chief Administrative Officer, and the General Counsel. Joyce Decl. ¶ 6.

7. The emails of the principal, voting members of the Capitol Police Board are not maintained in email servers to which the USCP has access. Joyce Decl. ¶ 11.

8. None of the emails located by the USCP in response to Plaintiff's first requested category of information were created or kept to memorialize or record any official action by the USCP. Joyce Decl. ¶¶ 7, 8.

9. The emails that the USCP located that are responsive to Plaintiff's first requested category of information include correspondence regarding situational security updates, recommendations on security measures for the Capitol and Members of Congress, updates and recommendations on police personnel issues, scheduling for upcoming USCP meetings and conference calls, draft documents and statements, and updates about news media reports. Joyce Decl. ¶ 7.

10. None of the emails located by the USCP in response to Plaintiff's second requested category of information were created or kept to memorialize or record any official action by the USCP. Joyce Decl. ¶ 12.

11. The emails that the USCP located in response to Plaintiff's second requested category of information, insofar as they concern the security of the Capitol on January 6 at all, primarily concern Inauguration preparations, concerns and condolences regarding officer injuries and fatalities, personal correspondence about Chief Steven Sund's resignation and Acting Chief Pittman's elevation, and fencing. Joyce Decl. ¶ 12.

12. When the USCP takes an official action, it has existing processes in place to memorialize that action that do not consist of sending or receiving emails. Joyce Decl. ¶ 8.

13. The USCP's camera security system, including footage recorded by it within the Capitol and sought by Plaintiff, is solely for national security and law enforcement purposes. Joyce Decl. ¶ 14.

14. Access to video footage from the USCP's camera security system is limited to narrow circumstances and strictly controlled by USCP policy. Joyce Decl. ¶¶ 14-15 & Exs. C, D.

15. The USCP has not made any public disclosures of video footage from January 6 from its camera security system. Joyce Decl. ¶ 17.

16. There are currently pending criminal investigations and prosecutions of individuals involved in the events at the U.S. Capitol on January 6, 2021. Joyce Decl. ¶¶ 10, 16.

17. There are currently pending congressional investigations into the events at the U.S. Capitol on January 6, 2021. Joyce Decl. ¶¶ 10, 16.

18. The USCP has strong interests in maintaining the confidentiality of the requested email correspondence, which include enabling the free flow of information among USCP officials and between those officials and the Capitol Police Board and congressional stakeholders; ensuring that the USCP's security methods, techniques, and responses during an incident such as January 6 are not revealed to the public; and preserving the integrity of ongoing congressional and criminal investigations. Joyce Decl. ¶¶ 9-10.

19. The USCP has strong interests in maintaining the confidentiality of the requested video footage, which include adhering to its strict policy limiting disclosure of any video footage to narrowly prescribed circumstances; ensuring that certain sensitive security details about the layout of the Capitol are not revealed to the public; and preserving the integrity of ongoing congressional and criminal investigations. Joyce Decl. ¶¶ 14-15, 18, 20.

Dated:  August 6, 2021                                    Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JOHN R. GRIFFITHS
Director
Federal Programs Branch

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6646
Fax: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Counsel for Defendant*