# Exhibit A



January 21, 2021

VIA Electronic Mail (PIO@uscp.gov)

United States Capitol Police
Attn: Information Officer
119 D Street, NE
Washington, DC 20510

**Re:  Records Request**

Dear Information Officer:

On January 6, U.S. Capitol Police were outnumbered to rioters as thousands successfully breached the Capitol building. According to USCP Asst. Chief Sean Gallagher, the siege is in part from a lack of reinforcements and an uncoordinated response between local police and the FBI.[1]

Remarks by senior members of Capitol Police suggest minimal to no communication between various levels of government in preparation for the pro-Trump rally. To educate the public about the U.S. Capitol Police's knowledge of security concerns and actions on January 6, Judicial Watch requests that you produce copies of:

1. **Email communications between the U.S. Capitol Police Executive Team and the Capitol Police Board concerning the security of the Capitol on January 6, 2021. The timeframe of this request is from January 1, 2021 through January 10, 2021.**

2. **Email communications of the Capitol Police Board with the Federal Bureau of Investigation, the U.S. Department of Justice, and the U.S. Department of Homeland Security concerning the security of the Capitol on January 6, 2021. The timeframe of this request is from January 1, 2021 through January 10, 2021.**

3. **All video footage from within the Capitol between 12pm and 9pm on January 6, 2021.**

This is a request for public records under the common-law right of public access to government records. Under the common-law right of public access, members of the public have the right to examine government records when the public interest in disclosure is greater than that in government secrecy. The legislative branch is subject to the common-law right of public access. *Washington Legal Foundation v. U.S. Sentencing Commission*, 89 F.3d 897 (D.C. Cir. 1996).

_____

[1] https://www.nbcnews.com/news/us-news/capitol-police-official-tells-congress-he-saw-no-fbi-intelligence-n1254075

---

425 Third St., SW, Suite 800, Washington, DC  20024  •Tel: (202) 646-5172 or 1-888-593-8442
FAX: (202) 646-5199 • Email: info@JudicialWatch.org  •  www.JudicialWatch.org

Letter to USCP Information Officer
January 21, 2021
Page 2 of 2

Please provide the requested records or otherwise indicate whether you intend to comply with this request by February 11, 2021.

Sincerely,

*KB*

Kara Bell
Judicial Watch, Inc.