# **Exhibit B**

| | |
|---|---|
| **From:** | Joyce, James W. |
| **Sent:** | Thursday, February 11, 2021 12:56 PM |
| **To:** | info@JudicialWatch.org |
| **Cc:** | PIO; Moore, Anne |
| **Subject:** | Judicial Watch Request |
| **Attachments:** | Judicial Watch Public Records Request 1-21-2021.pdf |

Dear Ms. Bell,

We decline to provide the information requested in the attached January 21, 2021 Records Request. The email communications and video footage information requested in the attached are not public records.

Sincerely,

James W. Joyce
Senior Counsel
Office of the General Counsel
General Law Division
United States Capitol Police
Main: (202) 593-3619
Desk: (202) 593-3628
Cell: (202) 369-9390
Fax: (202) 593-4477
Email: james.joyce@uscp.gov

THE INFORMATION CONTAINED IN THIS MESSAGE MAY BE LEGALLY PRIVILEGED AND CONFIDENTIAL If you have received this document in error, you are advised not to read this email or any accompanying attachments, and not to disseminate, distribute or copy this message and/or attachments. Please immediately notify our office by telephone at (202) 593-3619 if you have received this document in error and delete it from your system.