UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

    Plaintiff,

v.

UNITED STATES CAPITOL POLICE,

    Defendant.

Case No. 1:21-cv-00401-KBJ

# [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Summary Judgment and all materials in the record, and good cause appearing, it is hereby

ORDERED that Defendant's motion is granted; and it is further

ORDERED that judgment be entered for Defendant on Count I of Plaintiffs' Complaint.

SO ORDERED.

Date: _____

United States District Judge

1