**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
JUDICIAL WATCH, INC.,                               )
                                                    )
                      Plaintiff,                    )
                                                    )
            v.                                      )        Case No. 1:21-cv-0401 (FYP)
                                                    )
U.S. CAPITOL POLICE,                                )
                                                    )
                      Defendant.                    )
_____)

**PROPOSED ORDER**

Having considered the parties' respective motions for summary judgment, the

oppositions, and all the pleadings herein:

It is hereby ORDERED that Defendant's motion for summary judgment is denied and

Plaintiff's cross motion is granted.

SO ORDERED.


Dated: _____.                       _____
                                                    U.S. District Judge