UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES CAPITOL POLICE,<br><br>      Defendant. | Case No. 1:21-cv-00401-FYP |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Cross-Motion for Summary Judgment and all materials in the record, and good cause appearing, it is hereby

ORDERED that Plaintiff's motion is denied;

ORDERED that Defendant's Motion for Summary Judgment is granted; and it is further

ORDERED that judgment be entered for Defendant on Count I of Plaintiff's Complaint.

SO ORDERED.

Date: _____

                                                                    United States District Judge