IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, Inc.<br><br>                Plaintiff,<br>   v.<br><br>U.S. CAPITOL POLICE<br><br>                Defendant | Civil Cause of Action No.<br><br>1:21-cv-00401-FYP |

**[PROPOSED] ORDER UPON**

**MOTION OF COUNSEL JONATHON A. MOSELEY REPRESENTING CRIMINAL DEFENDANT OATH KEEPER KELLY MEGGS
TO INTERVENE IN SUPPORT OF PLAINTIFF JUDICIAL WATCH'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Kelly Meggs, and Oath Keeper who is a Defendant in a criminal case related to events on January 6, 2021, by counsel Jonathon A. Moseley and counsel Jonathon A. Moseley came before the Court upon their motion to intervene in the action by Judicial Watch for the sole and limited purpose of providing Jonathon Moseley's sworn declaration from his actual, first-hand knowledge relevant to the case of the documents and records that Judicial Watch seeks disclosure of concerning those same events on January 6, 2021.  Their motion to intervene was considered by the Court on February _____, 2022, and upon the Court's consideration of the pleadings and representations of the parties, and oral argument, the Court orders as follows:

IT APPEARING TO THE COURT THAT the information which is offered by the Declaration of Jonathon Moseley concerning whether or not the documents and records sought by Judicial Watch contains information that would justify withholding it would be beneficial to the consideration of the Court on cross motions for summary judgment, and

IT FURTHER APPEARING TO THE COURT THAT pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 24(b)(1)(B), Kelly Meggs' right to a fair trial could be implicated by the Court's decision by allowing a full and accurate understanding of these events to be considered fully.

NOW THEREFORE, LET IT BE ORDERED AND ADJUDGED that the motion to intervene pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 24(b)(1)(B), is hereby granted for the sole and limited purpose of the filing of the Declaration of Jonathon Moseley as information informative of and in support of the motion for summary judgement by Judicial Watch, Inc.  The motion does not request any further involvement or participation in any hearing, argument, or further motions and the Court does not order or grant such further involvement at this time.

Dated:     February_____, 2022

_____.
Florence Y. Pan
District Court Judge