**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:21-cv-0401 (FYP) |
| U.S. CAPITOL POLICE, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF
ITS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
AND ITS CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by counsel, respectfully submits the attached supplemental authority in support

of its Opposition to Defendants' Motion for Summary Judgment and its Cross-motion for

Summary Judgment.  The supplemental authority, a September 15, 2022 Memorandum Opinion

in *Musgrave v. Warner*, Case No. 21-cv-2198 (BAH) (D.D.C.), concerns the application of the

*Larson-Dugan* exception and the common law right of access, issues undoubtedly at issue in the

parties' cross-motions for summary judgment.  The Memorandum Opinion is attached as Exhibit

A.

Dated: September 16, 2022                    Respectfully submitted,

                                             /s/ Michael Bekesha
                                             Michael Bekesha (D.C. Bar No. 995749)
                                             James F. Peterson (DC Bar No. 450171)
                                             JUDICIAL WATCH, INC.
                                             425 Third Street S.W., Suite 800
                                             Washington, DC 20024
                                             Tel: (202) 646-5172

                                             *Counsel for Plaintiff*