## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

JUDICIAL WATCH, INC.,           )
                                )
                Plaintiff,      )
                                )
        v.                      )      Case No. 1:21-cv-0401 (ACR)
                                )
U.S. CAPITOL POLICE, *et al.*,  )
                                )
                Defendants.     )
_____)

### PLAINTIFF JUDICIAL WATCH'S SUPPLEMENTAL BRIEF

Pursuant to the Court's March 10, 2023 Minute Order, Plaintiff, by counsel, respectfully submits this supplemental brief in support of its Cross-Motion for Summary Judgment and in opposition to Defendant's Motion for Summary Judgment.

1.      Since the parties filed their latest Joint Status Report on September 12, 2022, there have been developments with respect to the law and the facts in this case.

2.      In two recent opinions, Chief Judge Howell has made patently clear the law of this Circuit is that the question of jurisdiction merges with the question on the merits and, to decide whether sovereign immunity applies in this case, the Court must first determine whether the requested video recordings are public records subject to the common law right of public access. *See Leopold v. Manger*, 2022 U.S. Dist. LEXIS 169963, *14 (D.D.C. Sept. 20, 2022) and *Musgrave v. Warner*, 2022 U.S. Dist. LEXIS 166365, *19 (D.D.C. Sept. 15, 2022).

3.      With respect to whether the requested video recordings are public records, those two recent cases demonstrate that the recordings are unlike any other records the Courts have determined are not public records subject to the common law.  The video recordings indisputably

are not "preliminary" or "advisory" in nature.  *See Musgrave*, 2022 U.S. Dist. LEXIS 166365, **23-24; *see also Leopold*, 2022 U.S. Dist. LEXIS 169963, **24-25.

4.      Recent events also confirm the requested video recordings are public records.  In February 2023, Speaker of the House Kevin McCarthy and Defendant[1] provided access to the requested records to at least one news media outlet.  *See* Exhibit A.  A small portion of the requested video recordings were subsequently published to the public on March 6, 2023.  *Id*.

5.      In addition, a coalition of at least 10 media organizations have requested access to the recordings because they show "what transpired on January 6" and would "aid the public in understanding these events."  *See* Exhibit A.  It is Plaintiff's understanding that such access will be granted.  Andrew Ackerman and Siobhan Hughes, "House Republicans Plan Wider Media Access to Jan. 6 Video," *The Wall Street Journal*, Feb. 28, 2023, https://www.wsj.com/articles/house-republicans-plan-wider-media-access-to-jan-6-video-65df529).

6.      The requested recordings have also been requested by and provided to criminal defendants.  Manu Raju, Holmes Lybrand and Hannah Rabinowitz, "McCarthy grants access to Capitol security footage to January 6 defendants," *CNN* (Feb. 28, 2023, https://www.cnn.com/2023/02/28/politics/capitol-security-footage-january-6-mccarthy/index.html.  Such actions highlight the legal significance of the recordings.  *Id*.

***

---

[1]      In response to a question from the media about whether Defendant was consulted before the video recordings were released, Capitol Police Chief Tom Manger, stated, "When Congressional Leadership or Congressional Oversight Committees ask for things like this, we must give it to them."  Justin Papp, "House Administration Democrats vexed by decision on Jan. 6 footage," *Roll Call* (Mar. 2, 2023, https://rollcall.com/2023/03/02/house-administration-democrats-vexed-by-decision-on-jan-6-footage/).

Based on all of the evidence submitted with Plaintiff's initial briefing as well as the recent developments addressed above, Plaintiff respectfully requests the Court determine the requested records are public records subject to the common law right of public access and order them to be produced to Plaintiff.

Dated: March 24, 2023

Respectfully submitted,

/s/ Michael Bekesha
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Tel: (202) 646-5172

*Counsel for Plaintiff*