# Exhibit A

**Ballard Spahr LLP**

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Charles D. Tobin
Tel: 202.661.2218
Fax: 202.661.2299
tobinc@ballardspahr.com

February 24, 2023

*By FedEx*

| | |
|---|---|
| The Honorable Kevin McCarthy<br>Speaker<br>U.S. House of Representatives<br>2468 Rayburn House Office Building<br>Washington, DC 20515 | The Honorable Charles E. Schumer<br>Senate Majority Leader<br>U.S. Senate<br>322 Hart Senate Office Building<br>Washington, DC 20510 |
| The Honorable Steve Scalise<br>House Majority Leader<br>U.S. House of Representatives<br>2049 Rayburn House Office Building<br>Washington, DC 20515 | The Honorable Mitch McConnell<br>Republican Leader<br>U.S. Senate<br>317 Russell Senate Office Building<br>Washington, DC 20510 |

The Honorable Hakeem Jeffries
Democratic Leader
U.S. House of Representatives
2433 Rayburn House Office Building
Washington, DC 20515

Re:   **January 6, 2021 Capitol Grounds Surveillance Video**

Dear Congressional Leadership:

      This firm represents a coalition of news organizations (the "Press Coalition") that have regularly reported on the events of January 6, 2021 and have intervened in well over 100 federal prosecutions to seek public access to videos of the Capitol riot.[1] I write on their behalf to urge you to provide access to all closed-circuit camera footage recorded on January 6, 2021, inside the United States Capitol and on its surrounding outside grounds, on Capitol surveillance cameras (the "CCTV videos") as shown to Fox News host Tucker Carlson and his team.

---

[1] The Press Coalition consists of Advance Publications, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, Axios Media Inc., Cable News Network, Inc., CBS Broadcasting Inc. o/b/o CBS News, The E.W. Scripps Company, Gannett Co., Inc., Los Angeles Times Communications LLC, POLITICO LLC, and Pro Publica, Inc.

February 24, 2023
Congressional Leadership
Page 2

    As you know, during the February 20, 2023 episode of "Tucker Carlson Tonight," Mr. Carlson announced that he and his colleagues have received "unfettered" and exclusive access to "44,000 hours" of Capitol surveillance footage and will soon begin reporting on that footage.  We understand that the Speaker of the House of Representatives, or members of his staff, have been providing this access to Mr. Carlson's team.

    The incredible public interest in understanding what transpired on January 6 crosses party lines.  The Speaker himself has recently observed that "the American public should actually see all [that] happened instead of a report that's written [on] a political basis." *Speaker McCarthy's Second News Conference of the 118th Congress*, https://www.youtube.com/watch?v=p8POtn0buDo at 11:05-11:14.  The Speaker also explicitly recognized the overriding public interest in disclosure: "I was asked in the press about these tapes, and I said they do belong to the American public.  I think sunshine lets everybody make their own judgment."  *See In Sharing Video With Fox Host, McCarthy Hits Rewind on Jan. 6*, N.Y. Times (Feb. 22, 2023), https://www.nytimes.com/2023/02/22/us/politics/tucker-carlson-jan-6-mccarthy.html.

    The Press Coalition agrees with the Speaker.  Now that the CCTV videos have been released to one member of the news media – one whose program is categorized by its own network as opinion programming – they must be released to the rest of the news media as well.  *See Anderson v. Cryovac, Inc.*, 805 F.2d 1, 9 (1st Cir. 1986) (the government "may not selectively exclude news media from access to information otherwise made available for public dissemination"); *Boardman v. Inslee*, 978 F.3d 1092, 1098 (9th Cir. 2020) ("[T]he First Amendment forbids a state from discriminating invidiously among viewpoints in the provision of information within its control.").  Without full public access to the complete historical record, there is concern that an ideologically-based narrative of an already polarizing event will take hold in the public consciousness, with destabilizing risks to the legitimacy of Congress, the Capitol Police, and the various federal investigations and prosecutions of January 6 crimes.

    To aid the public in understanding these events, news organizations in this Press Coalition have tirelessly pursued access to footage submitted in the prosecutions of riot participants.  On May 14, 2021, in response to a motion filed by the Press Coalition, Chief Judge Beryl A. Howell of the U.S. District Court for the District of Columbia issued a Standing Order outlining the process for release of these videos, and in doing so acknowledged "[t]he significant public and media interest in the numerous criminal cases arising from the January 6, 2021 violent breach of the United States Capitol (the 'Capitol Cases'), for which the parties are routinely submitting video exhibits to the Court for use in pretrial proceedings."  *See* Standing Order No. 21-28 at 2 (D.D.C. May 14, 2021).

    Through its work in the courts, the Press Coalition has obtained a number of CCTV videos.  While the Department of Justice initially objected in some instances to release of CCTV videos, it has stopped opposing the release of CCTV video exhibits since the Chief Judge overruled its objections in *United States v. Torrens*, 560 F. Supp. 3d 283 (D.D.C.

February 24, 2023
Congressional Leadership
Page 3

2021).  In her decision ordering release of the CCTV videos, the Chief Judge noted that "the areas of the Capitol in [those] videos are generally open to visitors taking public tours," and that any asserted security risk was "undercut by the already extensive release of [CCTV] footage from the Capitol."  *Id.* at 294.  Since the Chief Judge issued that decision in September 2021, the District Court has, without incident, released hundreds more CCTV videos to the press and public.  *Video Evidence Shown in the Capitol Insurrection Criminal Cases*, ProPublica (July 27, 2021), https://projects.propublica.org/jan-6-video-evidence/ (compiling videos provided to the Press Coalition by orders of the Court).

      Thank you for your prompt consideration of this important and time-sensitive request.  If you would like to discuss this matter further, including the logistics of accessing these videos, please do not hesitate to contact me at tobinc@ballardspahr.com.

Very truly yours,

*[signature: Charles D. Tobin]*

Charles D. Tobin
Maxwell S. Mishkin
Lauren Russell

**Ballard Spahr LLP**

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Charles D. Tobin
Tel: 202.661.2218
Fax: 202.661.2299
tobinc@ballardspahr.com

March 7, 2023

*Via Email*

| | |
|---|---|
| The Honorable Kevin McCarthy<br>Speaker of the House of Representatives<br>2468 Rayburn House Office Building<br>Washington, DC 20515 | The Honorable Charles E. Schumer<br>Senate Majority Leader<br>322 Hart Senate Office Building<br>Washington, DC 20510 |
| The Honorable Steve Scalise<br>House Majority Leader<br>2049 Rayburn House Office Building<br>Washington, DC 20515 | The Honorable Mitch McConnell<br>Senate Republican Leader<br>317 Russell Senate Office Building<br>Washington, DC 20510 |
| The Honorable Hakeem Jeffries<br>House Democratic Leader<br>2433 Rayburn House Office Building<br>Washington, DC 20515 | |

**Re:     January 6, 2021 Capitol Grounds Surveillance Video**

Dear Congressional Leadership:

As you know, this firm represents a coalition of news organizations (the "Press Coalition"),[1] which requested access on February 24, 2023, to all closed-circuit camera footage recorded on January 6, 2021, inside the United States Capitol and on its surrounding grounds, on Capitol surveillance cameras (the "CCTV videos").

Last night, Fox News host Tucker Carlson began publishing this Capitol surveillance footage, which he obtained from the Speaker's office. *See, e.g.*, https://www.foxnews.com/video/6322048896112. According to Mr. Carlson, his "producers had unfettered access to the Capitol surveillance video" totaling "more than 40,000 or so hours of tape." *Id.* In light of this public release of the footage, reportedly without objection from the Capitol Police,

---

[1] The Press Coalition consists of Advance Publications, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, Axios Media Inc., Cable News Network, Inc., CBS Broadcasting Inc. o/b/o CBS News, The E.W. Scripps Company, Gannett Co., Inc., Los Angeles Times Communications LLC, POLITICO LLC, and Pro Publica, Inc.

March 7, 2023
Congressional Leadership
Page 2

*id.*, we write today to insist that your offices <u>immediately</u> provide the Press Coalition with equal access to these CCTV videos.

  The Speaker's office has indicated that the Capitol CCTV videos will ultimately be released to the press and public. *See, e.g.*, Holmes Lybrand et al., *What to know about the Tucker Carlson January 6 footage*, CNN (Mar. 7, 2023), https://www.cnn.com/2023/03/06/politics/tucker-carlson-january-6-footage/index.html ("McCarthy's office said it is still working out the process to make the footage 'more widely available' but did not comment further."). That a single member of the news media has begun publishing the CCTV videos underscores to the public that Congress has no legitimate justification for withholding them from everyone else, and, in fact, demonstrates an even greater need to release them. *See Anderson v. Cryovac, Inc.*, 805 F.2d 1, 9 (1st Cir. 1986) (the government "may not selectively exclude news media from access to information otherwise made available for public dissemination"); *Boardman v. Inslee*, 978 F.3d 1092, 1098 (9th Cir. 2020) ("[T]he First Amendment forbids a state from discriminating invidiously among viewpoints in the provision of information within its control.").

  Moreover, lawmakers from both parties agree that all members of the media should receive these CCTV videos: Senator Kevin Cramer (R-ND) has stated that the videos "should be made available to everybody at the same time, so as to not have a political angle to it," and Representative Jamie Raskin (D-MD) observed that "if you want to make tens of thousands of hours publicly available, then it should be available for all media." *See* Kyle Cheney, *Tucker Carlson ripped by Capitol Police, GOP senators for mischaracterizing Jan. 6*, POLITICO (Mar. 7, 2023), https://www.politico.com/news/2023/03/07/capitol-police-jan-6-carlson-00085904 (quoting Sen. Cramer); Meryl Kornfield & Jacqueline Alemany, *McCarthy gives Tucker Carlson exclusive access to Jan. 6 riot video*, The Washington Post (Feb. 21, 2023), https://www.washingtonpost.com/politics/2023/02/21/tucker-carlson-kevin-mccarthy-jan-6-insurrection/ (quoting Rep. Raskin).

  Please let us know by Friday, March 10, 2023, how the Press Coalition can start viewing and obtaining copies of the CCTV videos. Should you refuse to provide access by then, we will consider our request to be denied and reserve all rights in response.

Sincerely,

*[signature: Charles D. Tobin]*

Charles D. Tobin
Maxwell S. Mishkin
Lauren Russell

cc: Dan Meyer, Chief of Staff to Speaker McCarthy
   Thomas A. DiBiase, General Counsel, U.S. Capitol Police