IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Case Number: 1:21-cv-00401-ACR |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES CAPITOL POLICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**JOINT MOTION TO STAY PROCEEDINGS**

The parties, by counsel, respectfully request the Court stay these proceedings until 14 days after decisions in *Leopold v. Manger*, Case No. 22-5304 (D.C. Cir. Nov. 22, 2022), and *Musgrave v. Warner*, Case No. 22-5252 (D.C. Cir. Sep. 20, 2022), both currently pending in the U.S. Court of Appeals for the D.C. Circuit, become final and non-appealable. The parties also request the Court order the parties to submit a status report within 14 days of final, non-appealable decisions in both cases. As grounds therefor, Plaintiff states as follows:

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. This case concerns a request for records pursuant to an asserted common-law right of access to public records. Although the initial request concerned three categories of records, only one category remains at issue: video footage from within the Capitol between 12:00 p.m. and 9:00 p.m. on January 6, 2021.

2. Pursuant to this Court's August 15, 2023 Minute Order, Defendants filed their Motion to Dismiss on September 29, 2023. ECF No. 42. In their motion, Defendants assert that Plaintiff's Amended Complaint must be dismissed for the following reasons:

   A. The so-called *Larson-Dugan* exception to sovereign immunity does not encompass claims that a federal officer violated a common-law duty;

B. There is no common-law right of access to records in the Legislative Branch;

C. Section 1979 preempts any common-law right of access with respect to security information; and

D. The requested video footage is not a public record subject to the common-law right of access and Defendants' confidentiality interests outweigh any public interest in disclosure.

3. Plaintiff's opposition is due by October 30, 2023. Plaintiff intends to argue that each of Defendants' arguments are without merit.

4. The parties are aware of two cases currently pending before the D.C. Circuit that taken together may resolve at least three of the issues raised by Defendants in their motion. Specifically, in *Leopold v. Manger*, the D.C. Circuit has been asked to resolve whether:

- The *Larson-Dugan* exception to sovereign immunity encompasses claims that a federal officer violated a common-law duty;

- There is a common-law right of access to records in the Legislative Branch; and

- Section 1979 preempts any common-law right of access with respect to security information.

The resolution of these three questions will indisputably impact this case, and potentially in a dispositive manner. In *Musgrave v. Warner*, the D.C. Circuit has been asked to decide similar and related issues, including the applicability of the *Larson-Dugan* exception in a common-law right of access case and the applicability of the asserted common-law right to the Legislative Branch.

5. The parties therefore believe it is in the best interests of judicial economy and efficiency to stay these proceedings until the issues presented in *Leopold* and *Musgrave* are resolved, inclusive of any appeals. In addition, the parties propose that after final, non-

appealable decisions in both cases, they file a status report proposing next steps in this case. This will provide the parties with an opportunity to meet and confer on the remaining issues.

WHEREFORE, the parties respectfully request that the Court stay proceedings until 14 days after decisions in *Leopold* and *Musgrave* become final and non-appealable, and further order the parties to file a joint status report by that same date.

Dated: October 16, 2023                                  Respectfully submitted,

/s/ Michael Bekesha
Michael Bekesha
D.C. Bar No. 995749
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

/s/ M. Andrew Zee
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6646
E-mail: m.andrew.zee@usdoj.gov

*Counsel for Defendants*