UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CAPITOL POLICE, et al. <br><br> Defendants. | Case No. 1:21-cv-00401-ACR |

**INTERIM JOINT STATUS REPORT**

The parties submit this interim joint status report following the D.C. Circuit's May 28, 2024 opinion in *Leopold v. Manger*, Case No. 22-5304 (D.C. Cir.), and in response to the Court's May 29, 2024 minute order. This case concerns Plaintiff's request to the U.S. Capitol Police under an asserted common-law right of access to public records for security camera video footage from within the U.S. Capitol between 12:00 p.m. and 9:00 p.m. on January 6, 2021.

On September 29, 2023, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint. ECF No. 42. On October 16, 2023, the parties jointly requested that this Court stay all proceedings pending decisions from the D.C. Circuit in *Leopold v. Manger*, Case No. 22-5304 (D.C. Cir. Nov. 22, 2022), and *Musgrave v. Warner*, Case No. 22-5252 (D.C. Cir. Sep. 20, 2022). ECF No. 44. The Court granted the parties' request and directed them to submit a joint status report within 14 days after the D.C. Circuit issues the mandates in those cases.

Although the D.C. Circuit has yet to issue the mandate in *Leopold v. Manger* and has yet to decide *Musgrave v. Warner*, the parties have nonetheless conferred following the court of appeals's decision in *Leopold* and provide this interim status report. The parties believe that the *Leopold* decision likely narrows some of the issues that they had previously asked this Court to

1

resolve. In addition, certain factual developments regarding the availability of the security camera video footage sought by Plaintiff may also affect the scope of this case.

The parties will continue to confer in an effort to narrow the scope of this litigation wherever possible. In addition, the parties will file a joint status report within 14 days of the mandates issuing in both *Leopold* and *Musgrave*.

Dated: June 11, 2024

Respectfully submitted,

/s/ Michael Bekesha
Michael Bekesha (D.C. Bar No. 995749)
James F. Peterson (D.C. Bar No. 450171)

JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5172

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

/s/ M. Andrew Zee
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6646
Fax: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Counsel for Defendants*