# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

    Plaintiff,

 v.

UNITED STATES CAPITOL POLICE, et al.

    Defendants.

Case No. 1:21-cv-00401-ACR

## STIPULATION OF DISMISSAL

The lone remaining issue in this case concerns Judicial Watch's request to the U.S. Capitol Police under an asserted common-law right of access to public records for security camera video footage from within the U.S. Capitol between 12:00 p.m. and 9:00 p.m. on January 6, 2021.  Based on its research into the requested footage, U.S. Capitol Police asserts that all of the security camera footage that Judicial Watch has requested is available for Judicial Watch to view and copy through in-person video terminals open to the public in the O'Neill Building.  Capitol Police also asserts that nearly all of the same footage may be viewed on the website Rumble.com.  In light of these assertions, which Plaintiff has not contested, the parties believe that this case may be dismissed.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action without prejudice, each party to bear its own attorneys' fees and costs.  The parties agree that Plaintiff may seek to reopen the case if the requested records are no longer available through the video terminals or on Rumble.com.  Defendants reserve all rights to oppose such a request.

Dated: November 19, 2024  Respectfully submitted,

/s/ Michael Bekesha
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5172

*Counsel for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

/s/ M. Andrew Zee
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6646
Fax: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Counsel for Defendants*